Default - Rule 55A                                                                                              (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

JULIANA FARRON et al

        Plaintiff(s)

        v.

Civil Action: 24-cv-00358-CJN

ISLAMIC REPUBLIC OF IRAN

        Defendant(s)

**RE:** ISLAMIC REPUBLIC OF IRAN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 28, 2025, and an affidavit on behalf of the plaintiff having been filed, it is this 10th day of December, 2025 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ N. Wilkens
      Deputy Clerk